Name and address:
Renee C. Ohlendorf (SBN 263939)
Hinshaw & Culbertson LLP
11601 Wilshire Blvd., Ste. 800
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Seana Goodson and A.R. ex rel. Lisa Matlock, on behalf of themselves and all others similarly situated,

Plaintiff(s)

v.

Medicredit, Inc.

Defendant(s).

CASE NUMBER

CV 14-00140 FMO-SSx

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vlahakis, James C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
*Firm Name & Address*

312-704-3715 / 312-704-3001
*Telephone Number / Fax Number*

jvlahakis@hinshawlaw.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Medicredit, Inc.;

*Name(s) of Party(ies) Represented*

☐ Plaintiff  ☒ Defendant  ☐ Other: _____

and designating as Local Counsel

Ohlendorf, Renee C.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Hinshaw & Culbertson LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
*Firm Name & Address*

263939
*Designee's Cal. Bar Number*

310-909-8000
*Telephone Number*

310-909-8001
*Fax Number*

rohlendorf@hinshawlaw.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☒ DENIED. Fee shall be returned by the Clerk. - no certificate of good standing pursuant to LR 83-2.1.3.3(d). Also, page 3 is dated 3/12/2013.

☐ DENIED, for failure to pay the required fee.

Dated March 14, 2014            /s/ Fernando M. Olguin
                                U.S. District Judge/~~U.S. Magistrate Judge~~